**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1000**

PAUL WHITE WILSON,

Plaintiff - Appellant,

v.

PNC BANK, N.A.; RONALD D. FOXWORTH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, Senior District Judge. (5:08-cv-00388-H)

Submitted: August 26, 2009          Decided: September 1, 2009

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Paul White Wilson, Appellant Pro Se. Paul S. Holscher, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North Carolina; Robert Cowan deRosset, IV, YOUNG, MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul White Wilson seeks to appeal the district court's order granting a stay of discovery pending the parties' motions to dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Wilson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Wilson's motion to supplement the record and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2